FILED
January 04, 2012
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003992045

SHERYL A. STRAIN
CHAPTER 7 TRUSTEE
575 E. ALLUVIAL AVE., #101
FRESNO, CA 93720
PHONE: (559) 435-2100
FAX:    (559) 435-5656

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of: | Case No.: 11-60589-B-7 |
| | DC No.: SAS-1 |
| CHA CHANG and | **MOTION FOR AUTHORIZATION TO SELL PERSONAL PROPERTY** |
| LEE XIONG | |
| Debtors. | Date: February 2, 2012 |
| | Time: 10:00 a.m. |
| | Dept: B |
| | Judge: Honorable W. Richard Lee |

**TO THE HONORABLE W. RICHARD LEE UNITED STATES BANKRUPTCY JUDGE:**

I, Sheryl A. Strain, as the duly appointed qualified, and acting Trustee of the above-entitled estate allege:

1. The above-captioned case was filed under Chapter 7 on September 23, 2011 and I was appointed Chapter 7 Trustee.

2. This Court has jurisdiction over this proceeding by virtue of U.S.C. §1334(a). This a "core" proceeding pursuant to 28 U.S.C. §157(b)(2)(A). This motion is brought pursuant to 11 U.S.C. §363.

3. Among the assets of the estate is non exempt equity in a 1988 Toyota Pick Up ("Toyota") Vehicle Identification Number JT4VN67N3J0003357.

4. I investigated the Toyota's value, and I believe, based upon my experience as a Chapter 7 Trustee, that the vehicle has a net value to the estate of $1,700.00.

5. I have negotiated a sale to the debtors, Cha Chang and Lee Xiong, of the non exempt equity in the Toyota for the total sum of One Thousand Seven Hundred and 00/100 Dollars ($1,700.00) cash. The total sum of $1,700.00 has been received by the estate.

6. In deciding to accept the proposed offer, I took into consideration the fair market value of the Toyota. I do not believe that the estate would net a higher amount by selling the Toyota at auction.

7. I believe that sale of the above-described property on the terms set forth above is in the best interest of the creditors of this estate and all parties in interest.

**WHEREFORE,** I pray that after appropriate notice and opportunity to be heard, I be authorized to sell the above-described asset to the debtors, Cha Chang and Lee Xiong, for the total sum of $1,700.00.

Dated:   1/3/12            /s/ Sheryl A. Strain
                           Sheryl A. Strain
                           Chapter 7 Trustee